~~SECRET~~

unsealed
10/11/07

FILED
07 AUG 28 PM 4:04

DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

July 2007 Grand Jury  '07 CR 2371 IEG

| | |
|---|---|
| UNITED STATES OF AMERICA,                     ) | Criminal Case No. _____ |
| Plaintiff,                     ) | I N D I C T M E N T |
| v.                     ) | Title 18, U.S.C., Sec. 1001 - False Statement of a Material Facts |
| DONNA HAMMOCK,<br>    aka Donna Jones,<br>    aka Donna Jackson,                     ) | |
| Defendant.                     ) | |

The grand jury charges:

Count 1

On or about September 4, 2002, within the Southern District of California, defendant DONNA HAMMOCK, aka Donna Jones, aka Donna Jackson, in a matter within the jurisdiction of the United States Department of Labor, a department and agency of the United States, did knowingly and willfully make false, fictitious and fraudulent statements and representations as to material facts in that she did represent and state on a United States Department of Labor Form LM-3, Labor Organization Annual Report, that, as an officer, she had received disbursements totaling $910 from the National Federation of Federal Employees Local 2096, whereas in truth and fact she had

ALT:nlv:San Diego
8/27/07

1  received over $10,000, as defendant then and there well knew that
2  those statements and representations were false, fictitious and
3  fraudulent when made; in violation of Title 18, United States Code,
4  Section 1001.

### Count 2

6   On or about August 29, 2003, within the Southern District of
7  California, defendant DONNA HAMMOCK, aka Donna Jones, aka Donna
8  Jackson, in a matter within the jurisdiction of the United States
9  Department of Labor, a department and agency of the United States, did
10 knowingly and willfully make false, fictitious and fraudulent
11 statements and representations as to material facts in that she did
12 represent and state on a United States Department of Labor Form LM-3,
13 Labor Organization Annual Report, that, as an officer, she had not
14 received disbursements from the National Federation of Federal
15 Employees Local 2096, whereas in truth and fact she had received
16 approximately $670, as defendant then and there well knew that those
17 statements and representations were false, fictitious and fraudulent
18 when made; in violation of Title 18, United States Code, Section 1001.
19   DATED: August 28, 2007.

20                                                A TRUE BILL:

22                                                _____
                                                  Foreperson

24 KAREN P. HEWITT
   United States Attorney

26 By: _____
       ANNALOU TIROL
27     Assistant U.S. Attorney